IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 2 3 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

| | | |
|---|---|---|
| CHRISTOPHER DEAN HUBBARD, | ) | |
| Petitioner, | ) | Civil Action No. 7:05CV00531 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MARTINSVILLE CIRCUIT COURT, | ) | By: Hon. Glen E. Conrad |
| Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petition for a writ of habeas corpus filed by the petitioner shall be **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 23rd day of September, 2005.

/s/ Glen E. Conrad
United States District Judge