IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER DEAN HUBBARD, )<br>　　Petitioner, )<br>　　　　　　　　　　　　　　　　)<br>v. 　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>MARTINSVILLE CIRCUIT COURT, )<br>　　Respondent. 　　　　　　　　)　 | Civil Action No. 7:05CV00531<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

that the petitioner's motion for reconsideration* is **DENIED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 24th day of October, 2005.

　　　　　　　　　　　　　　　　　　/s/ Glen E. Conrad
　　　　　　　　　　　　　　　　　　United States District Judge

---

* As explained in the accompanying memorandum opinion, the court construes the petitioner's letter (docket #6) as a motion for reconsideration.